PROB12A1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**REPORT OF OFFENDER NON-COMPLIANCE**

| | |
|---|---|
| **Offender Name:** | Renee HATTER-SWAIN |
| **Docket Number:** | 2:02CR00331 |
| **Offender Address**: | San Francisco, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | April 12, 1999 |
| **Original Offense:** | 18 USC 1029(a)(2) & (b)(1), 1344, 371 and 42 USC 408(a)(7)(B) - Conspiracy to Commit Credit Card Fraud (CLASS D FELONY) |
| **Original Sentence:** | 5 years probation; $100 special assessment; $1000 fine and $14,301.29 restitution. |
| **Special Conditions:** | Drug and alcohol testing; Financial disclosure; Firearm condition; 6 Months home confinement; Pay restitution jointly and severally with co-defendants. |
| **Type of Supervision**: | Supervised Release |
| **Supervision Commenced**: | 06/17/2003 |
| **Assistant U.S. Attorney**: | To be determined        (916) 554-2700 |
| **Defense Attorney**: | Jeffrey L. Staniels        (916) 498-5700 |
| **Other Court Action:** | |
| **08/06/2002**: | Transfer of jurisdiction accepted by ED/CA. |
| **10/09/2002** | Probation revoked for new law violations; sentenced to 10 months BOP; 3 year TSR; Special conditions: Search; No new assets; Financial disclosure; No new credit; Drug and alcohol treatment to include testing; Mental health treatment; Not possess or use identification documents in names other than her own; Not work in a capacity where she has access to the personal identification information of other individuals; Pay remaining fine and restitution of $14,301.29. |

RE:   **Renee HATTER-SWAIN**
      **Docket Number:  2:02CR00331**
      <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

<u>**09/19/2003:**</u>                         Transfer of supervision accepted by ND/CA.

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

## 1.   IRREGULAR FINE/RESTITUTION PAYMENTS

**Details of alleged non-compliance:**   Ms. Hatter-Swain has been supervised in the Northern District of California since her release from the Bureau of Prisons.  Notwithstanding her new law violation for which she was sentenced to 10 months BOP, the offender has been in compliance with all her conditions of supervision.  Computer asset searches have uncovered no unreported assets.  Her income has remained sporadic due to her schooling and limited income, but recently she has made considerable improvement in meeting her financial obligations.  To date, she has paid $2,298 towards her financial obligations (special assessment, fine and restitution), leaving an outstanding balance of $13,103.29.

**United States Probation Officer Plan/Justification:**   According to her supervising probation officer, Ms. Hatter-Swain has satisfied all special conditions of supervision, with the exception of payment of restitution in full.  We join in the recommendation of the supervising probation officer and recommend supervision be allowed to expire as scheduled on June 16, 2006.  The United States Attorney's Office Financial Litigation Unit in the Northern District of Georgia will be notified, and a copy of the Judgment and Commitment order will be provided so they may pursue collection as permitted by statute.

Respectfully submitted,

/s/Matthew M. Faubert
**MATTHEW M. FAUBERT**
**United States Probation Officer**
Telephone:  (916) 930-4308

2

**RE:**   **Renee HATTER-SWAIN**
       **Docket Number:  2:02CR00331**
       **REPORT OF OFFENDER NON-COMPLIANCE**


**DATED:**    March 14, 2006
            Sacramento, California
            MMF/cp


**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                      **KYRIACOS M. SIMONIDIS**
                      **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

[x ]    The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.


Date:  March 14, 2006


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


cc:    United States Probation
       To be determined, Assistant United States Attorney
       Jeffrey L. Staniels, Assistant Federal Defender

Attachment:  PSR (Sacramento only)

Rev. 08/2000
PROB12A1.MRG